**In the Matter of John J. MOGCK, III.**

**No. 911 Disciplinary Docket No. 2 (No. 34 RST 2004).**

Supreme Court of Pennsylvania.

Sept. 28, 2004.

PETITION FOR REINSTATEMENT

### *ORDER*

PER CURIAM:

AND NOW, this 28th day of September, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated June 22, 2004, the Petition for Reinstatement is DENIED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

**In the Matter of David J. HIRSCH.**

**No. 134 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Sept. 28, 2004.

PETITION FOR REINSTATEMENT

### *ORDER*

PER CURIAM:

AND NOW, this 28th day of September, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated June 29, 2004, the Petition for Reinstatement is DENIED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.